JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR AVETISOV, an individual, | Case No. 8:24-cv-01316-JWH-KESx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to the Scheduling Notice and Order [ECF No. 17] entered on or about September 6, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: November 12, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-